IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ROBERT SODI, CAPITAL FINANCIAL MEDIA, LLC, and LIST DATA SOLUTIONS, LLC<br><br>Defendants. | MOTION FOR ADMISSION *PRO HAC VICE* OF SHANNON K. ZOLLINGER<br><br>Case No. 5:18-cv-00313-MHH |

Pursuant to Local Rule 83.1(b), Defendant Brian Robert Sodi, by and through his undersigned counsel, hereby moves this Court for an order admitting Shannon K. Zollinger to appear *pro hac vice* on behalf of Defendant in the above-styled matter.

1.  As set forth in Ms. Zollinger's accompanying declaration (Exhibit A), Ms. Zollinger's residential address is as follows:

>   Shannon K. Zollinger
>   4660 South Westview Drive
>   Millcreek, Utah  84124

2.  Ms. Zollinger's office address, telephone number, facsimile number and email address is:

{01333922-1 }{01333922-1 }

>Shannon K. Zollinger
>CLYDE SNOW & SESSIONS
>201 South Main Street, Suite 1300
>Salt Lake City, Utah 84111
>Telephone: 801-322-2516
>Facsimile: 801-521-6280
>skz@clydesnow.com

3. The courts to which Ms. Zollinger is admitted to practice and, for each, the year in which she was first admitted are:

>U.S. Court of Appeals for the 10th Circuit (2014)
>U.S. District Court for the District of Utah (2009)
>Utah Supreme Court and Utah State Court (2009)

4. Ms. Zollinger has averred that she is in good standing and eligible to practice in all courts to which she is admitted.

5. Ms. Zollinger understands that by appearing in this case, she is subject to the rules of this Court, just as if she were a member of the bar of this Court. Ms. Zollinger further understands that pursuant to Local Rule 83.1(b), by appearing in this case, she confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for proceedings in this case.

6. The required fee of $50.00 will be submitted to the Court pursuant to Local Rule 83.1(b)(1).

7. I am local counsel for Defendant, and my contact information appears below. I consent to being designated as local counsel for Defendant.

WHEREFORE, the undersigned moves for the admission *pro hac vice* of Shannon K. Zollinger.

DATED this 25th day of April 2018.

                Respectfully submitted,

                /s/ Jack W. Selden
                Jack W. Selden
                BRADLEY ARANT BOULT CUMMINGS LLP
                1819 5th Avenue North
                Birmingham, AL 35203-2119
                Telephone: 205-521-8000
                Facsimile: 205-521-8800
                jselden@bradley.com
                *Attorneys for Defendant Brian R. Sodi*

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Charles D. Stodghill
>U.S. Securities and Exchange Commission
>100 F Street, NE
>Washington, DC  20549

>/s/ Jack W. Selden
>Jack W. Selden