FILED
2018 Apr-25  PM 05:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN ROBERT SODI, CAPITAL FINANCIAL MEDIA, LLC, and LIST DATA SOLUTIONS, LLC<br><br>　　　　Defendants. | DECLARATION OF SHANNON K. ZOLLINGER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*<br><br><br>Case No. 5:18-cv-00313-MHH |

Shannon K. Zollinger declares and states as follows:

1.　　I am over 18 years of age and am authorized to make this Declaration. The statements contained herein are true and correct based upon my personal knowledge.

2.　　I am an attorney who is not currently admitted to either the bar of this Court of the bar of the Supreme Court of Alabama. I hereby apply for admission to practice in this Court pursuant to Local Rule of Civil Procedure 83.1(b). I am submitting a check for the required admission fee of $50.00

3.　　My residential address is as follows:

　　　　　　Shannon K. Zollinger
　　　　　　4660 South Westview Drive
　　　　　　Millcreek, Utah 84124

4.      My office address, telephone number, facsimile number and email address are as follows:

> Shannon K. Zollinger
> CLYDE SNOW & SESSIONS
> 201 South Main Street, Suite 1300
> Salt Lake City, Utah  84111
> Telephone:  801-322-2516
> Facsimile:  801-521-6280
> skz@clydesnow.com

5.      The courts to which I have been admitted to practice are as follows, including, for each, the year in which I was first admitted:

> U.S. Court of Appeals for the 10th Circuit (2014)
> U.S. District Court for the District of Utah (2009)
> Utah Supreme Court and Utah State Court (2009)

6.      I am in good standing and eligible to practice in all courts to which I am admitted.

7.      I understand that by appearing in this case, I am subject to the rules of this Court, just as if I were a member of the bar of this Court. Pursuant to Local Rule 83.1(b), I further confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for proceedings in this case.

8.      In compliance with Local Rule 83.1(b)(2), I designate that local counsel for Defendant shall be, who has consented to serve as local counsel and sponsor this application:

Jack W. Selden
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, AL 35203-2119
Telephone: 205-521-8000
Facsimile: 205-521-8800
jselden@bradley.com

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED this __25__ day of April 2018.

_____

Shannon K. Zollinger
Declarant
*Attorney for Brian R. Sodi*